IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE J. MILLS, | ) |
| Plaintiff, | ) |
| vs. | ) CV-01-B-0333-S |
| SHERIFF DAVID ABSTON, et al, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 18, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous, for failure to state a claim upon which relief may be granted, and because plaintiff seeks monetary relief from defendants who are immune from such relief pursuant to 28 U.S.C. § 1915A(b)(1) and (2). A Final Judgment will be entered.

DATED this 12th day of July, 2002.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

